IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

KAREN SCHAFFNER                        §
                                       §
          Plaintiff,                   §
                                       §
VS.                                    §          NO. 3-10-CV-0924-D
                                       §
CITY OF DALLAS                         §
                                       §
          Defendant.                   §

## ORDER

After conducting a review of the pleadings, files, and records in this case, and the May 12, 2010 findings and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the magistrate judge are correct, and they are hereby adopted as the findings of the court. Accordingly, plaintiff's May 7, 2010 motion to proceed *in forma pauperis* is denied.

**SO ORDERED**.

June 9, 2010.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE